# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                  Case No: 08-CR-20604-DT

RODERICK RHODES

    Defendant.
_____/

## ORDER FOR NOTICE OF INTENDED OBJECTION

On February 27, 2009, defendant appeared before Magistrate Judge Scheer for a change of plea as to Counts 1 through 4 of the Indictment. The Magistrate Judge submitted his Report and Recommendation (R&R) on March 2, 2009 recommending the court accept the Defendant's plea of guilty to Counts 1 through 4. Any objection to the R&R falls due on March 16, 2009. The court has reviewed the R&R and desires to act expeditiously if no objection is to be made. Accordingly,

IT IS ORDERED that **not later than March 6, 2009**, each party submit a statement indicating only whether or not that party intends to state a objection to the R&R. If each party indicates that no objection is to be filed, the court will accept the pleas.

                                            s/ Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: March 3, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 3, 2009, by electronic and/or ordinary mail.

                                              s/ Lisa Wagner  
                                              Case Manager and Deputy Clerk  
                                              (313) 234-5522