UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 08-CR-20604

RODERICK RHODES,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    Pending before the court is Magistrate Judge Donald A. Scheer's Report and Recommendation recommending that the court accept Defendant Roderick Rhodes's guilty plea.  Both the Government and Defendant have filed a "Statement of No Intended Objection."  Accordingly,

    IT IS ORDERED that the magistrate judge's "Report and Recommendation" [Dkt. # 26] is ADOPTED in full and incorporated by reference.  The court ACCEPTS Defendant's guilty plea to Counts 1 through 4, inclusive, of the indictment.  The Rule 11 agreement is taken under advisement.  Defendant is referred to the Probation Department for the drafting of a pre-sentence report.

    IT IS FURTHER ORDERED that Defendant will appear before the court for sentencing on **July 9, 2009 at 2:00 p.m.**

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  March 13, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 13, 2009, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522